# United States District Court

DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS
HEALTH & WELFARE FUND, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

PITTSFIELD PIPERS, INC.

04 - 30226 - KPN

TO: (Name and Address of Defendant)

Pittsfield Pipers
73 4th Street
Pittsfield, MA 01201

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DATE  11/18/04

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • (413) 443-6841

*Berkshire, ss.*

December 16, 2004

I hereby certify and return that on 12/14/2004 at 2:12 PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to Floyd Passardi, President, Pittsfield Pipers, Inc. at 73 Fourth Street, Pittsfield, MA 01201. Attestation ($5.00), Conveyance ($1.50), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $61.20

Deputy Sheriff, Ronald J. Marcella, Sr.

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                       Signature of Server

                                        _____
                                        Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.