UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS )
LOCAL 63 HEALTH & WELFARE FUND, et al )
   Plaintiffs )
  )
  ) C. A. NO. 04-30226-KPN
  )
v. )
  )
  )
PITTSFIELD PIPERS, INC. )
   Defendant )
  )

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Pittsfield Pipers, Inc., 73 Fourth Street, Pittsfield, MA 01201 in the above-captioned action. Defendant Pittsfield Pipers, Inc. was served with the complaint on December 14, 2004. As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

          Plaintiffs
          by their attorney

          _____
          Aaron D. Krakow
          BBO #544424
          Krakow & Souris, LLC
          225 Friend Street
          Boston, MA 02114
          (617) 723-8440

## CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Pittsfield Pipers, Inc., 73 Fourth Street, Pittsfield, MA 01201.

          _____
          Aaron D. Krakow