UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS,
LOCAL 63,
        Plaintiff

CA  04-30226-KPN

V.

PITTSFIELD PIPERS, INC.
        Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __LOCAL 63__  ,  an order of Default for failure of the Defendant, __PITTSFIELD PIPERS, INC.__ , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __25TH__ day of __JANUARY, 2005__ .

        TONY ANASTAS
        CLERK OF COURT

        By:   /s/John C. Stuckenbruck
                Deputy Clerk

**Notice mailed to:  Counsel for Plaintiff**
                    **And Defendant**