UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al )<br>Plaintiffs )<br>)<br>v. )<br>)<br>PITTSFIELD PIPERS, INC. )<br>Defendant )<br>_____ ) | C. A. NO. 04-30226-KPN |

AMENDED MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Trustees of Sheet Metal Workers Local 63 Health & Welfare Fund, et al, upon the accompanying Declaration of Brigitte Dugre, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Pittsfield Pipers, Inc. to pay to the plaintiffs the sum of $34,206.23 in damages and taxable costs.

Dated: April 14, 2005

Respectfully submitted,

Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114   (617) 723-8440
/s/ Aaron D. Krakow_____
Attorney for plaintiffs

CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Pittsfield Pipers, Inc., 73 Fourth Street, Pittsfield, MA 01201.

/s/ Aaron D. Krakow_____
Aaron D. Krakow