UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al., <br>     Plaintiffs <br><br> v. <br><br> PITTSFIELD PIPERS, INC., <br>     Defendant | JUDGMENT IN A CIVIL CASE <br><br><br> Civil Action No. 04-30226-KPN |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Plaintiffs in the amount $34,206.23, in accord with the court's order this day, allowing [6] Plaintiff's Amended Motion for Default Judgment.

May 5, 2005                                              Sarah A. Thornton
Date                                                         Clerk

                                                                         By:     /s/ Bethaney A. Healy
                                                                                Deputy Clerk